N.Y.S.D. Case #
09-cv-0900(WHP)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of January, two thousand and twelve.

Roberta Schwartz,

*Plaintiff-Appellant,*

v.

Merrill Lynch & Co., Inc., AKA Merrill Lynch, Pierce, Fenner & Smith, Inc.,

*Defendant-Appellee.*

STATEMENT OF COSTS

Docket No. 10-826

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 26, 2012

IT IS HEREBY ORDERED that costs are taxed in the amount of $262.00 in favor of Defendant-Appellee Merrill Lynch & Co., Inc.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/25/2012

DOCKETED AS #12,0133
A JUDGMENT
ON 1/26/12